FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 11 2017

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 4:17CR00205 BSM |
| ) | |
| vs. ) | |
| ) | |
| PATRICK McCOY ) | Title 18, U.S.C. § 922(g)(1) |
| ) | Title 18, U.S.C. § 3013 |
| ) | Title 18, U.S.C. § 3571 |
| ) | Title 18, U.S.C. § 3583 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.   Prior to December 8, 2016, in the Eastern District of Arkansas, the defendant,

PATRICK McCOY,

had previously been convicted of the following crime:

> Possession of Cocaine with Purpose to Deliver, in Case Number CR-2015-264, in the Circuit Court of Crittenden County, Arkansas, on or about September 3, 2015.

B.   The crime set forth above in Paragraph A was punishable by a term of imprisonment exceeding one year.

C.   On or about December 8, 2016, in the Eastern District of Arkansas, the defendant,

PATRICK McCOY,

did knowingly possess in and affecting commerce, a firearm, namely:  a Taurus, Model PT738, .380 caliber  ACP semi-automatic pistol, bearing serial number 34640C.

All in violation of Title 18, United States Code, Section 922(g)(1).


[END OF TEXT.  SIGNATURE PAGE ATTACHED.]